# United States Bankruptcy Court
## District of South Carolina

In re

Karla Celeste Guilloty

Debtor

33 Heritage Village Lane
Columbia, SC  292212

Case No. 16-00985

Chapter 13

## NOTICE OF OBJECTION TO FILING OF CHAPTER 13 OF THE BANKRUPTCY CODE

Karla Celeste Guilloty, aka Karla Celeste Guilloty-Burns, aka Karla Guilloty, has filed papers with the court seeking relief under Chapter 13 of the Bankruptcy Code. The undersigned Movant, Richard G. Whiting, Esquire, objects to the relief sought by Debtor as it pertains to him as a Creditor and herein requests that his views on this objection be heard and that he be given the opportunity to question the Debtor at the Meeting of Creditors in this matter scheduled for April 6, 2016 at 12:30 o'clock p.m. at:

U.S. Trustee's Office, Room 557
Strom Thurmond Federal Building
1835 Assembly Street
Columbia, SC  29201

Respectfully submitted,

_____
Richard G. Whiting
Movant
1515 Lady Street
Post Office Box 7877
Columbia, SC 29202
(803) 256-9067

April 1, 2016